■ JOHN J. HOLLAND et al.; Appellants, v. FLOYD BAKER et al., Defendants, and TOWN OF HALFMOON et al., Respondents.— Order affirmed, without costs, upon the opinion of Mr. Justice Soden at Special Term (61 Misc 2d 201). Herlihy, P. J., Reynolds, Aulisi, Staley, Jr., and Cooke, JJ., concur.